## TABLE OF CONTENTS FOR EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE(S) |
|---------|-------------|---------|
| A | PASTOR'S LETTER | 1 |
| B | GRIEVANCE | 1 |
| C | RELIGIOUS ACCOMMODATION | 3 |
| D | RELIGIOUS POLICY | 10 |
| E | LETTER/FORM-9 | 2 |
| F | STATEMENT OF FAITH/AFFIDAVITS | 5 |
| G | AMD. GRIEV./TRACTS/APPEAL | 5 |
| H | APP. RESPONSE | 1 |

# Exhibit A

1, Chalfant's, Pastor, letter

4

# Truth Tabernacle Church Inc

## 79 Ash St

## Leavenworth KS66048



# TO WHOM IT MAYCONCERN:                    Dec 3, 2014



Willilam B. Chalfant, Pastor

Ministers and volunteers from Truth Tabernacle Church Inc (we are a Member of the local Chamber of Commerce and have been in Leavenworth since 1926) were graciously allowed to enter the Lansing Correctional facility for a number of years and to minister to inmates of the Apostolic faith. Unfortunately, we were told by a staff member that they could only minister under the common umbrella of the "Protestant Call-out". We protested against this to no avail. We are sure that the Warden was not informed properly of this, even though we tried to remedy the misunderstanding.

Our ministry was quite successful and a number of Apostolic believers and families were served. Recently, in 2012, according to information that I have, volunteers were informed by a staff member that our beliefs were not compatible with the Protestant beliefs and call-out, and so they were required to leave the facility. But, we note, that in other Kansas correctional facilities, an Apostolic call out is recognized and operates not as a "Protestant call out", just as other non-Protestant religious groups operate.

We are very disappointed about this because some of the men have written complaining that they now have no ability to exercise their religious freedom and to worship in their own faith. It is difficult to understand why such organizations as those representing the Muslim faith, the Wicca faith, are not required to be included in the Protestant call-out, and are yet allowed to have a separate "call out", but the Apostolic faith inmates are no longer allowed to have a call-out. Our basic doctrines concerning Christ, the divine Godhead, baptism and receiving salvation are completely different from the Protestant movement which began in the fifteenth and sixteenth centuries. In fact, Protestant denominations do not recognize or embrace us as "Protestant".

We would like to see the men once more having an Apostolic call out. We feel it was an unfortunate call made by a member of the staff to forbid them a call out. It doesn't have to be operated by our church, but for years we have tried our best to conform to the requirements of the LCF and the rules of the Department of Corrections maybe with perhaps one accidental infraction in all those years. I have been graciously permitted on many occasions by the chaplaincy and staff to come in and baptize inmates in the Apostolic faith. We would just like to see the spiritual needs of Apostolic inmates and their families taken care of. They cannot, in good conscience, fellowship in faith and worship with their good, Protestant Christian fellow inmates. If this problem is brought to the attention of the Warden I feel sure a solution could be found.

Sincerely,

William B Chalfant, BS Univ Kansas, ThD International Seminary      cc: Marcos Kelley Jr 87331 Please deliver to Ms R. Craft

# Exhibit B

1, Grievance

## _ANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name _Marcus Kelley Jr_          Number _87331_

Facility _LCF_          Housing Unit _B2 411_          Work Detail _PW_

### NATURE OF COMPLAINT
BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

( See over )

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _1-19-2015_

### UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

I have looked into your issue and have reached the follo   conclusion: I contacted the Chaplains Office and they provided me with the following information "The Apostolic Church is not rec    d separately from the Protestant faith by KDOC. Therefore it will take a decision from Central Office to make that happen. We will send i    rded to Central Office and it is their decision to approve it or not. As to the attachment C. He can fill out the form, which then will be    sclose any confidential information on present or past volunteers. I am not aware reference of Truth Tabernacle volunteers, I am not at libert    er from the Truth Tabernacle church or Apostolic faith group in the last year. If of receiving any interest or application from any potential v    If the need is there, they will go through the appropriate volunteer process in one is received, it will be decided if there is a need for the fai    s and policies stated in IMPP 13-101D.   No further action deemed IMPP 13-101D.  All volunteers are required to adhere to facili    necessary at this time.

_UTM N. Peak_ _1/22/15_
Unit Team Signature          Date

### INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

___ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff).

_Mu K— gr_          See Amended Grievance          _1-26-15_
Inmate Signature          Very last Page          Date

### WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received **JAN 27 2015** Date of Final Answer **FEB 02 2015** Date Returned to Inmate _2-4-2015_

_Mu Kr gr_ _2-4-2015_          No signature

Inmate's Signature          Date    Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

_KAR 44-15-101(E) violation_

### TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number          _AA 2015 0242_

Type of Complaint (Item 4: Code 01-75)          _08_

Cause of Complaint (Item 5: Code 01-30)          _05_

Type of Response (Item 6a: Code 01,02,08 or 09)          _01_

I have looked into your issue and have reached the following conclusion: I contacted the Chaplains Office and they provided me with the following information "The Apostolic Church is not recognized separately from the Protestant faith by KDOC. Therefore it will take a decision from Central Office to make that happen. We will send inmate Kelley a copy of a Religious Accommodation form found in IMPP 10-110, attachment C. He can fill out the form, which then will be forwarded to Central Office and it is their decision to approve it or not. As to the reference of Truth Tabernacle volunteers, I am not at liberty to disclose any confidential information on present or past volunteers. I am not aware of receiving any interest or application from any potential volunteer from the Truth Tabernacle church or Apostolic faith group in the last year. If one is received, it will be decided if there is a need for the facility. If the need is there, they will go through the appropriate volunteer process in IMPP 13-101D. All volunteers are required to adhere to facility rules and policies stated in IMPP 13-101D.    No further action deemed necessary at this time.

# Exhibit C

1. Religious Accommodation    3

## RELIGIOUS ACCOMMODATION

1. Faith Group:  Apostolic Pentecostal Christianity.
2. Religion is already approved, but my request is:  Seperate the Pentecostals from the Protestant Denomational bodies.
3. Yes, I am officially a member of this group.
4. The accommodation I am now requesting for is:  Allow Herbert Ruff and Marcus Kelley Jr., the group leaders over our 2nd, 4th, and5th. monday night call-outs.  Plus, seperate us from the Protestant Denomation.
5. I Have been a member of this group:  For seven (7) years, and Ruff for twenty (20) years.
6. Outside Spiritual Advisers:  Group name:  Truth Tabernacle Church or Spirit of Freedom Ministries.  Address:  79th. Ash St.  City: Leavenworth,  State:  KS.  Zip Code:  66048.  Phone:  (913) 773-8318  Contact Person:  Pastor William Chalfant.or  Brother Larabee ~~████ ████████~~.
7. The documentation required for this group:  We use Jesus Name baptismal certificates.  We need our own name labeled on the call-out sheets.  That would say:  Truth Tabernacle Church or Spirit of Freedom Ministries.
8. What sets this group from others is:  We believe the Bible to be the inspired, infallible and authoritive word of God, without error in the original writings.  The "One God",  Creator of all things, infinitely perfect and who manifested Himself as the Father in creation, the Son in redemptive, and the Holy Ghost in the church.  The principles of the doctrine of Christ to be repentance from dead works, of faith toward God, of the doctrine of baptisms (water baptism by immersion according to Acts 2:38, and the Holy Ghost baptism according to Acts 2:4), and of laying on of hands, and the resurrection of the dead, both of the just and the unjust (Acts 24:15), and eternal life for the saved, and eternal damnation for the unjust.  That all men have sinned and come short of the glory of God, and that for the salvation of lost and sinful men, repentance, baptism in Jesus Name and regeneration by the Holy Ghost, with the evidence of speaking in other tongues.  The deity and virgin birth of our Lord Jesus Christ, that He died on the cross as a substitution sacrifice for the sin of the world, that He arose from the dead and ascended into heaven, from whence He will return with power and great glory.  The doctrine of justification by faith in Jesus Christ by obeying His word, realizing that it is impossible for men through any good works to save himself

-1-

We envoke the name of Jesus Christ, over water baptismal.  See;
(How did the early church interpret Christ's command in Matthew
28:19?  Acts 2:38, 8:16, 10:48, and 19:5.  These are the biblical
records but if not enough, then here's examples of the educated,
scholars, and historians.)
"The formula used was 'in the name of the Lord Jesus Christ' or
some synonymous phrase."  Encyclopedia of religion and ethics
(1951), II, 384, 389.
"The evidence...suggests that baptism in early Christianty was
administered, not in the threefold name, but 'in the name of Jesus
Christ' or 'in thename of the Lord Jesus.'"  Interpreter's
Dictionary of the Bible (1962), I, 351.
"(One could conclude that) the original form of words was 'into the
name of Jesus Christ' or 'the Lord Jesus.'"  Hastings's Dictionary
of the Bible (1898), I, 241.
We also believe in the promised Holy Ghost Jesus Christ fills the
beliver with.  See; old testament prophecy: Ezekiel 36:26,27; Joel
2:28.  Then it happened the first time: Acts 2:1-4.  Jesus prophes-
ied: John 7:38,39.  You do not receive the Holy Ghost automatically
when you believe: Acts 19:1-6.  Is the Holy Ghost Necessary for
Salvation?: Ephesians 1:13.  New birth: Acts 10:1-4.  The point
is, being devout does not save you!  You must seek truth!  Update
your spirituality!  Seek and ye shall find!
The single common sign of the baptism of the Hloy Ghost was "speak-
ing with tongues" : Isaiah 28:11. O/T prophecy.  Tongues was
the initial or immediate evidence of the Holy Spirit baptism.
Acts 2:4, 10:45,46, 19:6. Acts 2:39.

14. Our primary text is: Just the KJV Bible.  Not the 1611 version or
    what have you.  We shop at our own publishing Apostolic bookstore
    called the Word of Flame Press.

15. Before any modern man in the 21st. century the 1st. century
    Apostolic Christians or the choosen Apostles.  But us Apostolics
    only place studing materials in the KJV Bibles, called Chain-
    Reference Study Bibles, by the Pentecostal Publishing House, in
    Hazewood, MO. or it's called the Word of Flame Press.

16. I own books called: "The Oneness of God", "In Search of Holiness",
    and the "Apostolic Life."  By David K. Bernard.  I also own:
    "The Pentecostal Life on Howard A. Goss."  By Robin Johnson.  I
    Also own: "The History of the Monarchian Christians" by my pastor,
    William Chalfant, and "The Messiah's Name" by Daniel L. Segraves.
    These are just a few books from our book store.

17. The major and most important beliefs or teaching to be are:
    found in II Thesselonians 1:7-10.  We mainly preach and teach
    that states in vs. 8 saying, "In flaming fire taken vengeance on
    them that know not God, and that obey not the gospel of our Lord
    Jesus Christ..."  Deuteronomy 6:4 and Mark 12:24 both saith to the
    Jew and the Gentile that, "Hear, O Israel: The LORD our God is one
    LORD."  John 4:24 saith, "God is a Spirit..."  II Corinthians 3:17
    saith, "Now the Lord is that Spirit..."  I Timothy 3:16 saith in
    part...that, "Great is the mystery of godliness: God was manifest
    in the flesh..."  We teach that Jesus Christ is God Almight, as
    Spirit alone in the old testament and Spirit and flesh in the new
    new testament.

-3-

29. It's necessary for congregational meetings:
  (1) Yes because K.A.R. 44-12-325...Activity; limitations.
  (2) Plus,church; regardless of two men attending; church is the
    place where one gets spiritually feed at anyway. God Jesus
    came to save mankinds souls,He didn't come for a huge supermega
    church house of attendance. He came to save that which was
    lost. Yet the ones in a saved condition still need to be at
    some sort of gathering regarless of the huge attendance. It's
    where we go to get feed these spiritual food at. Acts 2:40
    says..."Save yourselves from this untoward generation."
    Revelation 22:17 saith..."And whosoever will, let him (come)."
    Yes, it's good to have a house full of guest, but what if
    not but two out of that whole house hear the preacher teach,
    and the other 98 men laugh and play around? Then, what's the
    difference?
  (3) K.D.O.C. don't like religion outside the cubicle anyways or
    they would't complain about taken bibles out to the yard time.
    The bible says where two or more are gathered, or he sent
    them out two by two.
30. The other faith I used to be on was: Baptist Christian.
  (1) I come from a family of them and was baptize in the trinity
    way.
  (2) I wasn't sure of that faith anyway because I never felt clean
    spiritual after water baptism.
  (3) I was 3rd. generation used to be baptist, but am a convert
    to the Apostolic Pentecostal Faith by faith of Acts 2:38 the
    true plan of salvation.
  (4) Baptized Jesus' name June 28th. 2007 by Pastor David Hilton,
    from Truth Tabernacle Church, and then I received the Holy
    Ghost speaking in tongues as the spirit gives utterance. On
    The very day of August 16th. 2007. On Thursday night during
    Truth Tabernacles service. I was Chaplin Dunn' Chapel porter
    at this time also. We Preach John 3:5, to harmonize Acts 2:38
    and Titus 3:5. It's the name we preach in word and deed.

_Mr Knf 87331_
4-12-13

# Exhibit D

1. IMPP 10-110 Religious policy    10

## KANSAS DEPARTMENT OF CORRECTIONS

| | | SECTION NUMBER | PAGE NUMBER |
|---|---|---|---|
| **DOC** | **I**NTERNAL **M**ANAGEMENT **P**OLICY AND **P**ROCEDURE | 10-110 | 1 of 10 |
| | | SUBJECT: PROGRAMS AND SERVICES: Religious Programs | |

| Approved By: | | |
|---|---|---|
| | Original Date Issued: | 08-15-82 |
| | Current Amendment Effective: | 04-29-11 |
| **Secretary of Corrections** | Replaces Amendment Issued: | 04-28-08 |

### POLICY

Inmates shall be permitted to practice a recognized religion to which they sincerely ascribe within the limitations imposed by individual facility physical structures, staffing levels, other considerations of security, good order and discipline, consistent with consideration of costs and limited resources.   Facilities shall, to the extent possible, provide adequate space and equipment for the administration of religious programs, consistent with security and custody considerations, operational needs, rehabilitation goals, and the mission of the Department. (ACI 3-4462) All limitations or prohibitions shall be consistent with considerations of whether the limitation or prohibition is in furtherance of a compelling government interest and is the least restrictive means of furthering that compelling governmental interest. (ACI 3-4459)

Requests for accommodation of certain religious practices and observances shall be considered from inmates who provide sufficient evidence of their belief and affiliation with the religion.   All requests for accommodation of religious practices shall be treated equally regardless of the religion involved.  Equal, consistent treatment of all religions or religious beliefs, shall not always require the same accommodations of the same religious practices in all facilities or for all inmates.

Inmates of all incentive levels may attend religious activities other than those where the primary intent is social in nature. Those events which are determined to be primarily social in nature may be attended only by inmates at Incentive Level III, unless the event is recognized as a tenet of the religion, in which case Level I and Level II inmates may also attend.

Inmates shall be permitted the opportunity to learn about other religious affiliations but shall not be allowed to fully engage in the practices of other religions except when a change of affiliations is requested. Participation in or attendance at any religious services by any inmate shall be on a voluntary basis.

The Deputy Secretary of Programs and Staff Development shall implement this policy.   A divisional staff member may be designated to serve as the Religious Programs Coordinator for the Department. Each warden shall designate a qualified staff member responsible to coordinate, supervise, and provide advice and recommendations regarding religious programming within the facility.   To the extent possible available community resources shall be incorporated in the provision of religious programming.

Work release participants who wish to participate in religious services or activities may be permitted to attend services of recognized religious denominations available within the community in which the facility is located. The facility warden shall permit work release participants to leave the facility for religious practices as an extension of confinement unless chaplaincy services are available on the premises.

Wherever the terms "feather" or "feathers" are used throughout this document to indicate certain artifacts that may be possessed by inmates for religious purposes, the terms shall refer to such feathers as they are obtained in their natural state, and shall not be inclusive of any feather or feathers that have been altered as to color.  All such religious artifacts may be possessed by inmates only so long as their natural colors are maintained.  Any feathers that have been colored in any manner shall be considered contraband, shall be seized and confiscated, and the inmate possessing such artifacts may be charged with possession of contraband as provided by appropriate Kansas Administrative Regulations.

    c.      Utilizing existing community resources. (ACI 3-4458)

## III.  Religious Programs Guidelines

A.  Religious observances, services, and group meetings; restrictions on attendance.

1.  Except as provided in IMPP 10-108 when food is requested and the request must be made at least 60 days prior to the event, an inmate requesting a religious observance shall make the request in writing to the chaplain/warden's designee, and shall ensure that the chaplain/warden's designee is in receipt of the request at least fifteen (15) working days prior to the date for the observance.

    a.  When appropriate, inmates may receive an entire day off from work or programs for purposes of a religious observance (Please see procedure VI.C.2.c.).

2.  Inmates shall seek the recommendation of the chaplain/warden's designee and authorization and approval from the warden or designee before two or more inmates can form and meet as a group and hold religious services together, in accordance with K.A.R. 44-12-325.

3.  Inmates shall not be permitted to form or meet in a group to hold religious services if such a group would likely threaten prison security by causing affiliations to be established among the group of inmates that would incite challenges to prison authority or conflicts with other inmates.

4.  Religious observances and/or services shall not be held or scheduled at the times or with the frequency chosen by the inmates or mandated by the religion if those times conflict with the facility security, operational and management needs or would otherwise disrupt the order of the facility.

5.  When religious observances and/or services are held or scheduled at the times chosen by the inmates or mandated by the religion, all inmates who are members of the religion shall be permitted to attend such observances or services, except when:

    a.  Allowing the inmate to attend is incompatible with his or her custody and security classification status;

    b.  The inmate is assigned at that time to a work detail that is essential to the operation of the facility; and/or,

    c.  The inmate is assigned at that time to a work detail or program the purpose of which is to promote rehabilitation by providing education, simulating societal working conditions, or fulfilling the requirements of program agreement.

6.  Religious group meetings or religious services may be conducted in or restricted to a part of the facility other than the chapel or any other requested location if security and order or other operational interest, would be better served elsewhere in the facility. Facility staff may supervise or monitor the meetings or services to maintain security and order.

7.  Special facilities that are essential to the worship or ceremonies of a particular religion shall be provided, subject to the limitations established in Section VI.C.2. of this IMPP. (ACI 3-4462)

8.  Wichita Work Release inmates, as interest is expressed, may generally be permitted to attend religious services in the community.

2. Commensurate with legitimate concerns for order, rehabilitation goals, the mission of the Department , and/or maintenance of security; inmates shall not be allowed to possess any religious items other than a religious medallion or scapula, and such other items as are referenced under allowable personal property referenced in Attachments D or E, and specifically allowed by IMPP 12-120.

    a. Other items are prohibited consistent with the principle of tempering the accommodation of religious requirements with the effective acknowledgement of legitimate security concerns.

3. Legitimate concerns for order or security include but are not limited to:

    a. Proper utilization of available space;

    b. Safety from fire and other physical hazards;

    c. Dangerousness of the item, including its potential for use as a weapon; or,

    d. The item's value or attractiveness encourages conflicts or theft.

4. When items are confiscated, the chaplain is consulted as to their religious significance.

D. Religious attire, including clothing, jewelry, and other ornaments, and head garments.

1. All religious medallions and scapulars shall be worn around the neck, inside the shirt.

2. Medicine bags shall be worn around the neck inside the shirt, or carried in a pocket.

3. Yarmulkes may be worn at all times.

4. Inmates shall not be permitted to wear religious attire, including clothing, jewelry or other ornaments, or head garments, that is not otherwise allowed by IMPP 12-127 or the general orders of the facility, unless the prohibition against the particular attire is not based on legitimate concerns for order, security, and hygiene. The prohibition must be defensible in terms of criteria set forth at Section VI.A.1.(a)-(d), below, in balancing the desired accommodation of religious practice against legitimate security interests.

    a. Legitimate concerns for order, security, and hygiene include but are not limited to:

        (1) The interference of the attire with the ability to properly identify the inmate at all times;

        (2) The interference with the ability to identify the inmate's job or living unit assignment to the extent that the job or living areas are reflected by the clothing or head garment the inmate is required to wear;

        (3) The possibility that the attire can be used to hide weapons and other contraband; or,

        (4) Whether permission to wear the attire could cause conflict as a special privilege allowed only for a certain group of inmates.

      c.    Inmates who are removed or who elect to withdraw from the modified diet may request readmission to the modified diet program in concert with the applicable provisions of IMPP 10-119.

## IV. Establishment and Change of Religious Affiliation

A. Each inmate shall complete a Religious Information Form (Attachment A, Form #10-110-001) upon admission to Departmental custody.

    1. If the Religious Information Form is not in the inmate's Unit Team file upon interfacility transfer, the inmate shall be given an opportunity to complete the form at the receiving facility.

B. Inmates may request a change of religious affiliation by submitting a Change of Religion Request form (Attachment B, Form #10-110-002) to the chaplain/warden's designee.

C. A copy of the request to change religions shall be placed in the inmate's master file and unit team file.

D. Subsequent requests to change religious affiliation, or, to return to the original religious affiliation shall be documented and achieved through the above procedure.

    1. The frequent change of religions, purely to have privileges under the claim of First Amendment Rights, shall be deemed a manipulation of the religious program and special privileges shall not be afforded to inmates seeking frequent changes.

## V. Requesting the Accommodation of Religious Practices

A. An inmate may request that the Department accommodate a particular practice of his/ her religion that involves an exception to or requires specific authorization under existing rules and regulations, policies and procedures, general orders, or other written mandates of the Department or the facility.

B. An inmate who desires to request an accommodation of a religious practice shall comply with the following procedures:

    1. The inmate shall complete the Request for Accommodation of Religious Practices Form (Attachment C, Form #10-110-003) by providing the following information:

        a. Information about the religion or religious belief itself;

        b. Information regarding or verifying the inmate's claim of sincere adherence to the religion or religious belief;

        c. Information regarding the particular sect, if any, of the religion to which the inmate claims sincere adherence;

        d. Information about the practice for which accommodation is sought: and,

        e. The inmate's good faith suggestions for accommodation of the request which do not conflict or infringe upon the legitimate security, good order, and discipline interests of the facility.

    2. The completed request form shall be submitted to the chaplain/warden's designee, who will conduct any necessary inquiry or investigation into the matter and within fourteen (14) working days of receipt of the form from the inmate, furnish pertinent information in writing to the Religious Program Coordinator.

    c.    Where unconventional or uncommon, whether it can be confirmed that the inmate's set of beliefs or religion plays the same role in the inmate's spiritual life as more conventional religions or religious beliefs play in the lives of their practitioners; and,

    d.    The relationship between the accommodation and the religious belief or beliefs.

C.    All requests for accommodation of religious practices shall be treated equally regardless of the religion involved.

    1.    The determination to be made shall not be whether the chaplain/warden's designee or the warden approves of the religious beliefs or religion to which the inmate claims to adhere, but:

        a.    Whether the claimed religion or beliefs are entitled to recognition pursuant to Section B, above; and,

        b.    Whether the manner in which the inmate seeks to practice the religion or exercise the beliefs will disrupt departmental and facility practices, policies, or operations that are founded on concerns for security, safety, rehabilitation, or sound correctional management.

    2.    Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in all facilities or for all inmates. (ACI 3-4459)

        a.    The nature of a particular facility, including the physical limitations, the custody level(s) and security classification status of the inmates housed there, and the correctional goals sought to be met there may be taken into consideration in determining whether to allow a particular religious practice at the facility.

        b.    Some factors that may justify the restriction of certain religious practices for which accommodation is sought at particular facilities include, but are not limited to the following:

            (1)    A facility may simply not have the physical capacity to accommodate the type of religious practice for which permission is sought.

            (2)    While some inmates may be entitled, by virtue of their behavior records, the passage of their term(s) of incarceration, or other legitimate classification criteria, to be classified at a custody level that allows them to live at a facility where security and operational needs do not preclude the accommodation of particular religious practices, those practices might appropriately be prohibited or restricted at a different facility.

        c.    The correctional goals of a particular facility may be more significantly impeded by a particular accommodation than would those of a different facility.

            (1)    A facility where the goal is to provide and require meaningful work assignments for the inmate population might appropriately refuse to excuse inmates from a work detail temporarily to attend religious services or for the full work day on the observance of a religious holiday; while,

Attachment A, IMPP 10-110
Effective 04-29-11

### KANSAS DEPARTMENT OF CORRECTIONS
# RELIGIOUS AFFILIATION INFORMATION

DATE_____

INMATE
NAME_____NUMBER_____

PRESENT RELIGIOUS AFFILIATION:

___Asatru/Odinist    ___Assembly of Yahweh    ___Buddhist    ___Catholic

___Christian Science ___Hinduism    ___House of Yahweh ___Islam

__Jehovah Witness ___Judaism    ___Krishna

___Mormon    ___MSTA    ___Native American    ___Christian/Protestant

___Rastafarian    ___7-Day Adventist    ___Sikh    ___Thelema

___Unity    ___Wiccan    _____Other(_____)

NAME OF YOUR OUTSIDE RELIGIOUS GROUP:
_____

NAME OF RELIGIOUS LEADER (Priest, Pastor, Imam, Sheik, Medicine Man, etc.):

_____

ADDRESS OF RELIGIOUS LEADER:_____
                               Number      Street

                          _____
                               City    State   Zip Code


If I decide to change my religious affiliation, I will make my request to the Pastoral Care Department.


Signed:_____    _____
         Inmate Name    Number          Chaplain/Warden's Designee    Date


Cc:    Unit Team File
       Central File


Form #10-110-001

**KANSAS DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ACCOMMODATION OF RELIGIOUS PRACTICES**

Inmate Last Name _____ First Name _____

Number _____ Facility_____ Date_____

1.      Faith group for which you are requesting accommodation? _____

2.      If this religion is <u>not</u> already approved, what is the accommodation you are requesting? _____
_____

3.      Are you officially recognized as a member of this group?   YES ___     NO ___

4. If this religion is already authorized, what is the accommodation you are now requesting?_____
_____

5. How long have you been a member of this group? _____

6. Please list your outside spiritual advisor:

Group Name _____

Address _____

City _____ State _____ Zip Code _____

Telephone Number _____ Contact Person_____

7.      What documentation, if any, is required to participate in this group?_____

8. What is there that sets this group apart from others? _____

9. Please list the National or International Offices: _____

Name of Faith group _____

Other Names it goes by _____

Street Address _____

City _____ State _____ Zip Code_____

Telephone Number _____

10.      When, Where, and Who founded this group? _____
_____

11.      How is it organized? (e.g., districts, local churches, etc.) _____
_____

12.      Where is the nearest group to the facility? _____
_____

13.      Is it your understanding that there are certain requirements before one can officially "convert" to this faith group?  If yes, please explain. _____
_____

Page 1 of 4, Attachment D, IMPP 10-110
Effective 04-29-11

## REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Group (all levels) | Primary Text (all levels) | Dietary Requirement (all levels) | Artifacts Personal Possessions (all levels) | Medallions (Worn inside the shirt) (all levels) | Holidays (all levels) | Purification Ritual (all levels) | Artifacts Group Worship (all levels) |
|---|---|---|---|---|---|---|---|
| **Asatru/ Odinist** Worship weekly | The Poetic Edda | n/a | Runes/Bag/Cloth | Thor's Hammer | Esbats, Sabbats, Yule | n/a | Gandr, Runes, Drinking horn, Altar, Cauldron, Evergreen twig, Oath ring, Candles/holder, Thor's Hammer |
| **Assembly of Yahweh** Worship on Sabbath | Sacred Name Text | Kosher | n/a | n/a | Passover, Days of Unleavened Bread, Pentecost, Feast of Weeks, Feast of Trumpets, Day of Atonement, Feast of Tabernacles | n/a | Readings |
| **Buddhism** Worship weekly | Tripitaka or Sutra or Tam Rim; Teachings of Buddha | Vegetarian | meditation beads, pictures of Buddha, meditation mat / cushion | Wheel of Dharma, Statue of Buddha | Vesak, Dharma Day, Buddha's Birthday | n/a | Statue of Buddha, Incense, Incense bowl |
| **Catholic** 1/week | Old/ New Testament (also Apocrypha for Catholic) | n/a | Rosary Scapula | Saints medal Crucifix Chain | Easter Christmas (major Christian holiday) | n/a | Communion elements Bible Large cross/crucifix Candles/holder |
| **Christian Science** Weekly worship | Science and Health, Key to the Scripture by Mary Baker Eddy and Old/New Testament | n/a | n/a | n/a | Christmas Easter | n/a | Readings |
| **Hinduism** Weekly worship | Veta-Sruti literature | Vegetarian | Picture of a Hindu God, pure water | n/a | n/a | n/a | Incense, incense burner, picture of a Hindu God. |
| **House of Yahweh** Weekly worship | Book of Yahweh | Kosher | Kippah, Prayer shawl,.. | n/a | Passover, Feast of Weeks, Feast of Trumpets, Day of Atonement, Feast of Tabernacles | n/a | n/a |

Page 3 of 4, Attachment D, IMPP 10-110
Effective 04-29-11

| Religious Group (all levels) | Primary Text (all levels) | Dietary Requirement (all levels) | Artifacts Personal Possessions (all levels) | Medallions (Worn inside the shirt) (all levels) | Holidays (all levels) | Purification Ritual (all levels) | Artifacts Group Worship (all levels) |
|---|---|---|---|---|---|---|---|
| America (MSTA) worship weekly-Friday | | choice | | | participate in Ramadan - Fridays TAG day, March 17 | | Picture 1st Convention, Warrant of Authority, Moorish Button |
| Native American Worship Drum Ceremony Sweat Lodge Pow Wow | Use music and storytelling (verbal tradition) | n/a | 5 neutral colored feathers, Sage, Sweetgrass, Cedar, smudging bowl, white bandana | Medicine bag | Seasonal Dances [Pow Wows] | Smudging Sweat lodge | Blankets for sweats, buffalo skull, ceremonial pipe, Dance Bells, Drum, Sweat Lodge, Tobacco, White Bandana, Medicine Wheel, Flute, sage, sweetgrass, cedar |
| Protestants Worship weekly | Old/new testament | n/a | n/a | Cross/chain | Easter, Christmas (major Christian holidays) | n/a | Communion, Communion elements, Bible, Candles/holder |
| Rastafarian Meet weekly for worship | Selected portions of Old/New Testament | Vegetarian | n/a | Ankh medallion | July 23 [Haile Selassie's Birthday] | n/a | Reggae music, Bongo drums, African flag, Wooden Candle stick |
| 7 Day Adventist Saturday | Old/New Testament | Vegetarian/ Non Pork | | Cross/chain | Easter, Christmas (major Christian holidays) | n/a | Communion elements, Bible |
| Sikh Meet weekly for worship | Peace Lagoon | Vegetarian | Turban, Large comb, Bracelet on right wrist | Khanda | n/a | n/a | |

*The pipe keeper may keep pipe in his/her possession.

Attachment E, IMPP 10-110
Effective 04-29-11

## KANSAS DEPARTMENT OF CORRECTIONS
## INSTRUCTIONAL MATERIAL CONCERNING NATIVE AMERICAN
## RELIGIOUS ARTIFACTS

1.  Inmates may possess five (5) real, facsimile or synthetic feathers which may be beaded or decorated with materials which conform to security considerations.

2.  If, at the discretion of the warden, inmates are permitted to make their own medicine bags, all materials shall be approved by the chaplain to ensure conformity with security considerations and specifications for medicine bags, per Section VI.

3.  Inmates may possess a cloth or leather medicine bag, not to exceed four (4) inches in diameter when laid out flat, which may be beaded or decorated with materials that conform to security considerations.  The medicine bag shall be worn around the neck inside the shirt or carried in the pocket.

4.  The chaplain/warden's designee shall be responsible to maintain items used by Native American Religion practitioners in cleansing, blessing and purification, and making such items available upon valid request.  Such items include, but are not limited to sage, sweet grass, cedar, and tobacco.

5.  The chaplain/warden's designee shall be responsible to provide training to staff on the proper method for the inspection of a medicine bag to ensure that it is treated with dignity and respect.

    a.  Medicine bags and other religious artifacts shall be subject to inspection per provisions of IMPP 12-103.  A staff member may direct an inmate to open his/her medicine bag for a visual inspection, or may require an inmate to allow the inspection of any other religious artifact.

    b.  Ordinarily the inmate should handle the bag or other religious artifact at all times and neither the bag nor its contents, nor any other religious artifact, should be touched by the staff member.

    c.  If there are questions or problems regarding the inspection of a medicine bag or other religious artifact, the staff member shall confiscate the bag or other religious artifact and, with an evidence card attached, place the bag or other religious artifact in a secured location as evidence.

    d.  To ensure that religious artifacts are treated with respect by the examining staff, the chaplain/warden's designee shall be present when a medicine bag and contents [or any other religious artifact], placed in evidence, is examined.

    e.  If a medicine bag or other religious artifact is clearly determined to contain contraband, the bag or other religious artifact loses its religious significance.



# Exhibit E

1. Letter
2. Form - 9

2



Landon State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

**Kansas**

Department of Corrections

phone: (785) 296-3317
fax: (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Sam Brownback, Governor

Ray Roberts, Secretary of Corrections

January 14, 2014


Herbert Ruff #44324
Lansing Correctional Facility
Lansing, Kansas

Dear Mr. Ruff:

This letter is in response to your recent Request for Accommodation of Religious
Practices regarding separate call outs for the Apostolic faith.

The KDOC already recognizes the Apostolic Faith. Please see your Chaplain for further
assistance.


Sincerely,

*Gloria Geither*

Gloria Geither
Director of Religious and Mentoring Programs


GG:jat
Cc:    Chaplain
       File

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

_Ruff_         3
Last Name Only

### KANSAS DEPARTMENT OF CORRECTIONS

_#44324_
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _Max. Chaplin's Office_    Date: _4-17-2014_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I, need to see this Max. Chaplin for my recent Religious Accommodation request. Prior submitting letter for, from Gloria Greither: Director of Religious and Mentoring programs.

Thank you.

Work Assignment: _P.W._    Living Unit Assignment: _B2 525_

Comment: _I must see you_    Detail or C.H. Officer: _____
_for further assistance._

Disposition: _____

To: _____    Date: _____
(Name & Number)

Disposition: Apostolic is recognized under the Protestant umbrella.

_Jones 4/18/14_
Employee's Signature

**To be returned to inmate.**

P-0009

# Exhibit F

1, STATEMENT of Faith

2, Affidavit(s)

S

## AFFIDAVIT OF THE APOSTOLICS

APOSTOLICS, OF LAWFUL AGE, BEING FIRST DULY SWORN ON OATH, ALLEGES AND STATES:

1.    THAT WE ARE OF LAWFUL AGE AND A INMATE OF LANSING CORRECTIONAL FACILITY, AND CORRECT MAILING ADDRESS BEING P.O. BOX 2, LANSING, KANSAS 66043.

2.    THAT WE BELIEVE IN THE ONENESS OF GOD, DEUTERONOMY 6:4 AND THAT WE BELIEVE IN A JESUS NAME ONLY PLAN OF SALVATION, ACTS 2:38.

3.    WE WILL ATTEND THIS APOSTOLIC CHRISTIAN FAITH CALLOUT IF FIRST, IT BECOMES SEPARATE FROM THE PROTESTANT UMBRELL.

4.    WE WILL ATTEND TRUTH TABERNACLE CHURCH ON APPOINTED TIMES, AND ALSO SUPPORT OR WELCOME ALL OTHER APOSTOLIC CHRISTIAN CHURCHES SERVICES, ONLY UNDER THE ONENESS PENTECOSTAL CHURCH APOSTOLIC UMBRELL.

5.    WE WILL OBEY THE GOVERNING RULES WROUGHT DOWN BY THE UNITED STATES AND KANSAS FIRST AMENDMENT CONSTITUTIONS.  THE SECRETARY OF CORRECTIONS (I.M.P.P.) THE WARDEN'S (G.O.), AND THE SECRETARY OF CORRECTIONS (K.A.R. RULES).

6.    WE WILL PRACTICE OUR FAITH WITH RESPECT, TRUTH, SINCERITY, HOLINESS, LOVE, DISCIPLINE AND BY THE APOSTOLIC LIFE DOCTRINES.

7.    THAT THE ATTACHED EXHIBIT "F 1" CONTAINS A FULLY ACCURATE STATEMENT OF APOSTOLIC FAITH BY THE U.P.C.

FURTHER AFFIANT SAYETH

———————————————————
AFFIANT

VERIFICATION

———————————

MARCUS KELLEY JR.
LANSING CORR. FACILITY
P.O. BOX 2
LANSING, KS. 66043

WE APOSTOLICS, OF LAWFUL AGE, AND BEING FIRST DULY SWORN ON OUR OATH, STATES AS FOLLOWS: THAT WE HAVE READ THE ABOVE AND FOREGOING AFFIDAVIT, AND THAT THE STATEMENTS CONTAINED THEREIN ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

(1)

_Marcus Kelley Jr_
APOSTOLIC PENTECOSTALS

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on
this ___16 th___ day of _April_ , 2015.

NOTARY PUBLIC

EXPIRATION DATE:

ELEANOR LONG
Notary Public - State of Kansas
My Appt. Expires 1-16-16

( 2 )

AFFIANTS, THE APOSTOLIC ONENESS CHRISTIANS:

1.  MARCUS KELLEY JR. 87331                    21.
2.  HERBE RUFF 44324                           22.
3.  Wayne Sidney 88041                         23.
4.  Jerry Reed                                 24.
5.  Daniel Calhoun 100473                      25.
6.  Romane Douglas                             26.
7.  William Dennis 34198                       27.
8.  Leon Mc                                    28.
9.  Demetrius Patterson 77608                  29.
10. Zachary Toahty-Harvey 97589                30.
11.          Sherman                           31.
12. Ricky Jamal Stillman 105012               32.
13. Theodore Bunting #95393                    33.
14. James Cameron 104023                       34.
15. Herold Hill #4                             35.
16. Robert Matthenia # 0104405                 36.
17. Wendall McKenize # 46009                   37.
18.                                            38.
19.                                            39.
20.                                            40.

## A SWORN AFFIDAVIT

By the Authority of K.S.A. 60-704. THE AFFIDAVIT shall be made by Plaintiff, or some person for the Plaintiff (DEMETRIUS PATTERSON), and shall state:

(1) The grounds upon which the attachment is sought, specifying with particularity the facts in support of such grounds,

(2) that the Plaintiff has a just claim against the defendant (Richard Dunn), and

(3) the amount which the Affiant believes the Plaintiff ought to recover, after allowing all just credits and setoffs.

### A SWORN STATEMENT OF THE FACTS

I, DEMETRIUS PATTERSON 77608, SPOKE TO MAXIMUM CHAPEL DUNN, ON MARCH 4TH. 2015, "THAT I HAVE BEEN SEARCHING THE SCRIPTURES AND IT SAYS IN ACTS 2:38, THAT WE HAVE TO BE BAPTIZED IN JESUS'S NAME FOR THE REMISSION OF SINS." BUT MR. DUNN, SNAPPED ON ME AND SAID,"NO!" THE APOSTOLIC BAPTIZE LIKE THAT AND I AM THE ONE WHO KICKED THEM OUT OF HERE (BASCIALLY FOR NOT CHANGING THEIR DOCTRINES WITH THE PROTESTANTS FAITH), AND WE DON'T BAPTIZE LIKE THAT."

THEN MR DUNN ACCUSED THE PLAINTIFFS BROTHER RUFF AND KELLEY, THE PETITIONER, BY SAYING,"OH, WHO DID YOU HEAR THAT FROM RUFF AND KELLEY?" I TOLD HIM, "NO, BUT I WAS READING THE SCRIPTURES AND ONE OF YOUR EMPLOYEES TOLD ME THAT." MR. DUNN, DID ADMIT TO KICKING OUT TRUTH TABERNACLE CHURCH IN WHICH, DEPRIVES ME OF MY FREEDOM OF RELIGION RIGHT, TO THE UNITED STATES CONSTITUTION OF THE FIRST AMENDMENT RIGHT.

I, PATTERSON, SWARE THAT THIS IS A TRUTHFULLY SWORN STATEMENT, IN SUPPORT, FOR PLAINTIFF'S FIRST AMENDMENT FREEDOM OF RELIGION ISSUE.

I, ALSO HOPE TO ATTEND THE APOSTOLIC CHURCH FAITH AND TO PRACTICE MY FREEDOM OF RELIGION.

LANSING CORR. FACILITY
P.O. BOX 2
LANSING, KS 66043

ANOTHER PLAINTIFF WHO
SUPPORTS INTITIAL PLAINTIFF.

NOTARY PUBLIC

Plaintiff, Marcus Kelley Jr.

ELEANOR LONG
Notary Public - State of Kansas
My Appt. Expires 11-16-16

Exhibit F 1

① Statement of Faith

## STATEMENT OF FAITH

WE APOSTOLIC PENTECOSTAL CHRISTIANS BELIEVE IN:

The bible to be the inspired, infallibe and authoritative **WORD OF GOD**, without error in the original writings.

The **ONE GOD**, Creator of all things, infinitely perfect and Who manifest Himself as the Father in creation, the Son in redemption, and the Holy Ghost in the church.

The principles of the doctrine of Christ to be repentance from dead works, of faith toward God, of the doctrine of baptisms (water baptism by immersion according to **ACTS 2:38**, and the Holy Ghost baptism according to **ACTS 2:4**), and of laying on of hands, and the resurrection of the dead, both of the just and unjust (**ACTS 24:15**), and eternal life for the saved, and eternal damnation for the unjust.

That all men have sinned and come short of the glory of GOD, and that for the salvation of lost and sinful men, repentance, baptism in **JESUS NAME** and regeneration by the Holy Ghost, with the evidence of speaking in other tongues.

The deity and virgin birth of our **LORD JESUS CHRIST**, that He died on the cross as a substitution sacrifice for the sin of the world, that He arose from the dead and ascended into heaven, from whence He will return with power and great glory.

The doctrine of justification by faith in **JESUS CHRIST** by obeying His WORD, realizing that it is impossible for men through any good works to save himself (**ROMANS 5;1**).

The cleansing of ourselves from all filth of the flesh and Spirit, perfecting holiness in the fear of GOD.

The sacraments, foot-washing, communion, the observance of the first day of the week, and the honoring civil government.

The personal, imminent returning of our **LORD JESUS CHRIST**.


## U. P. C.  APOSTOLICS



1. Amended Grievance

2. Tracts

3. Appeals SOC

3

## AMENDED GRIEVANCE

I, I/M, Marcus Kelley Jr., <u>87331</u>, directly show and addressed that the APOSTOLIC CHRISTIAN FAITH, are a ONENESS OF GOD and teach a JESUS NAME ONLY PLAN OF SALVATION. See, Biblical Ref: <u>Deuteronomy 6:4</u> "ONENESS OF GOD-HEAD" and <u>ACTS 2:38</u> "JESUS NAME ONLY SALVATION PLAN." ( We are ONE GOD PENTECOSTAL MOVEMENT not TRINITARISM PROTESTANT MOVEMENT).

On the other hand, the Protestant Faith of Council of National/World Churches, teach a Trinitarian God-Head <u>Matthew 28:19</u> and <u>I John 5:7</u>, with a Father, Son, and Holy Ghost Plan of Salvation concept <u>Matthew 28:19</u>.

These are two completely different doctrines and this administration had been forcing the Oneness Groups to believe another way.

This is a K.A.R. violation of <u>44-12-325(a)</u> "NO PROSELYTIZING OF RELIGIOUS FAITH OR BELIEFS SHALL BE ALLOWED IN THE FACILITIES." This administration of K.D.O.C. at L.C.F., "CREATES UNWARRANTED EFFORTS TO PERSUADE, COMPROMISE, COERICE (THE APOSTOLICS) TO CONVERT TO A RELIGIOUS BELIEF (PROTESTANT TRINIT-ARISM) WITHOUT OUR/MINE OWN CONSENT." This evil action and intention, infringe my <u>1st</u>. AMDT. Right of the Kansas and the U.S. Const. The I.M.P.P. and G.O. and K.A.R.s policy and practices. I clearly have shown, that the One God/Jesus Name only Salvation Apostolic Groups are under the "MODERN DAY UNITED PENTECOSTAL CHURCH UMBRELL and not the COUNCIL OF NATIONAL/WORLD CHURCH PROTESTANT MODERN UMBRELL." And this Jurisdiction of K.D.O.C. at L.C.F., have denied me and other I/M Apostolics our Right to Freedom of Religion.

### REMEDIES

I am requesting premission from the Warden **REX PRYOR,** of this facility at L.C.F., to please seperate the One-God Apostolics from the Protestant umbrell(s). Now and forever more.

Remove the Eleventh (II.) Amdt. Immunity Right away from all opposing employees directly envolved in this Religious grievance capacity, until this matter is resolved. <u>ALL OPPOSING EMPLOYEES SHALL BE BUT NOT LIMITED TO</u>: Those who could be a potential threat, harassers, verbally disrespectful to volunteers and inmates within the religious community.

(1.) TO AVOID RETALIATIONS:

(a) <u>INMATE INFORMANTS</u>- Those who could be a potential liable source by this administration, to stir up false accustions against the One God Apostolic Groups;

(1)



# WATER BAPTISM
## IN
## JESUS NAME

Baptism in the Name of the Lord Jesus Christ is the ORIGINAL BAPTISM that was practised by the Apostles. It is not something new but if you will look carefully at the Scriptures, you will find that there was *not one* person in the whole Bible who was ever baptized in the name of the Father, Son and Holy Ghost. For about 330 years after Christ, everybody was baptized in the name of the Lord Jesus Christ. The Roman Catholics then *organized* and became a *denomination*, and started to baptize in the name of the Father, Son and Holy Ghost. Reference to any Church History Book will prove this. But there are a few particular which may be found in the public library.

Dictionary of the Bible - Scribners - Vol.1, Page 241.

Canney Encyclopedia - Page 53.

New International Encyclopedia - Vol.22, Page 476.

Dictionary of the Bible - James Hastings.

There are other references that you may be able to check up on. These works, and the others that I am not taking space to list here, prove that Water Baptism in the name of the Father, Son and Holy Ghost is a TRADITION OF MAN, started by the Roman Catholic Church, and carried on by almost all other denominations. *THIS IS AN ERROR AND A FALSE BAPTISM.*

---

Jesus Christ as in Acts 19:1-7, where the Ephesus believers who had been baptized unto the baptism of John the Baptist were *rebaptized* in the Name of the Lord Jesus after hearing Paul's teaching on the matter.

Again, in addition to the 3,132 [mentioned, we see Philip, when in Samaria, baptized a number of people in the Name of the Lord Jesus Christ (Acts 8:5,12,16) and even Simon the sorcerer was baptized (verse 13).

With regard to the words which Jesus spoke as recorded in Matthew 28:19 *"baptizing them in the name of the Father, and of the Son, and of the Holy Ghost."* Father, Son and Holy Ghost are all *titles, not names.* There are countless numbers of "Dads" who are called "Father" every morning, but this is a title and each one of these "Fathers" have their own individual name. The NAME of the Father, Son and Holy Ghost is the LORD JESUS CHRIST. Note that in Isaiah 9:6, the Son shall be called *"The mighty God, the Everlasting Father,"* in John 5:43, Jesus said, *"I am come in my FATHER'S NAME."*

I would also like to draw your attention to Phil.2: 9-11. *"Wherefore God also hath highly exalted Him, and given Him a name which is above, every name: That at the name of Jesus every knee should bow, of things in heaven, and things in earth, and things under the earth."* Note especially verse 11, which says every tongue should confess to that NAME. Every tongue and every knee should confess that Jesus is Lord and His Name which is Jesus Christ, Is the NAME above every name.

Over in Col. 3:17, Paul taught that *"whatsoever ye do in word or deed, do all in the Name of the Lord Jesus, giving thanks to God and the Father by Him."* And if we *thank* God for our daily bread in the Name of Jesus; *pray* for the sick in the Name of our Lord Jesus; *cast out* demons in the Name of Jesus Christ; *greet* the saints in the precious Name of Jesus Christ, etc., how

much more ought we to *take* the Name of our Lord Jesus Christ in Water Baptism. In the "deed" of water baptism, the believer does so in "word" as well, confessing and accepting the Name of the Lord Jesus Christ.

We know that we are now living in a day of preparation for those who will be in the rapture. The living Bride of Christ will accept all truths that are in the Bible, but those who don't care whether they are in the Bride or not, will believe fables and tradition. All denominational people will be against such BAPTISM for in order to accept it, they will have to admit that their denominational teaching is wrong, *and this they will not do.* However, those who will make up the Bride will be open to receive all instruction in righteousness of God and open for corrections as well. We must be corrected if we are children of God. As those of us who are a family must correct and instruct our children, which is a sign that we love our children, so we must allow ourselves to also be corrected by the Word of God.

If we take time to look up the above verses of Scriptures and pray about them, certainly the Lord will reveal His word to us. It is essential that we make sure our lives are lived in full obedience to the Word.

For more information,

## G.O.D. Publishing House

558 W WYOMING AVENUE
PHILADELPHIA PA 19140-1408
U.S.A.

PHONE 215-457-2028

# ORIGINALS

## YOU HAVE A RIGHT TO KNOW THE TRUTH

### WHY SO MANY DENOMINATIONS?

As more and more truth was revealed during the reformation period, honest hearts gladly received it as they returned step by step to the doctrine of the original church. However, many denominations remain today because men became satisfied with only a portion of the truth. No honest heart will ever be satisfied to close the door to truth!

### ARE YOU IN THE ORIGINAL CHURCH?

The original church was built upon the foundation of the apostles and prophets, Jesus Christ himself being the chief corner stone. Eph. 2:20. In laying the foundation, Jesus charged Peter, "Upon this rock (Jesus Christ), I will build my church and the gates of hell shall not prevail against it. And I will give unto thee the keys of the kingdom of heaven..." Mat. 16:18-19. Then Jesus revealed, "Thus it is written, and thus it behoved Christ to suffer, and to rise from the dead the third day. And that REPENTANCE and REMISSION OF SINS should be preached in HIS NAME (Jesus Christ) among all nations, beginning at Jerusalem... And behold, I send the promise of my father upon you; but tarry ye in the city of Jerusalem, until ye be endued with power from on high." Luke 24:45-49. "Ye shall receive POWER after that the Holy Ghost is come upon you." Acts 1:8.

The birthday of the original New Testament Church was on the day of Pentecost. "And suddenly there came a sound from heaven as of a rushing mighty wind, and it filled all the house where they were sitting. And there appeared unto them cloven tongues like as of fire, and it sat upon each of them. And they were all filled with the Holy Ghost, and began to speak with other tongues, as the Spirit gave them utterance." Acts 2:1-4. Sincere believers asked the question, "What shall we do?" In obedience to the command of Christ, Peter said, "REPENT, and be BAPTIZED everyone of you in the NAME of JESUS CHRIST for the remission of sins, and ye shall receive the gift of the HOLY GHOST. For the promise is unto you, and to your children, and to all that are afar off, even as many as the Lord our God shall call." Acts 2:37-39. "And the Lord added to the church daily such as should be saved." Acts 2:47.

Gentiles at Caesarea became a part of the New Testament Church. While Peter preached, the Holy Ghost fell on all them which heard the word. The Jews were astonished, because the Gentiles also were filled with the Holy Ghost. FOR THEY HEARD THEM SPEAK WITH TONGUES. Then Peter COMMANDED them

to be baptized in the name of the Lord. Acts 10:44-48.

Believers at Ephesus were also added to the church. When Paul preached Jesus unto them, they were rebaptized in the name of the Lord Jesus. "And when Paul had laid his hands upon them, the Holy Ghost came on them; and they spake with tongues." Acts 19:1-6.

### NO OTHER PLAN OF SALVATION

Paul said, "But though we, or an angel from heaven, preach any other gospel unto you than that which we have preached unto you, let him be accursed." Gal. 1:8. "For other foundation can no man lay than that is laid, which is Jesus Christ." 1 Cor. 3:11. Jesus emphasized, "Except a man be born of water and of the Spirit, he cannot enter into the Kingdom of God." John 3:5. Again Paul declared, "Not by works of righteousness (man made religion) which we have done, but according to his mercy he saved us, (how?) by the washing of regeneration, and renewing of the Holy Ghost." Titus 3:5.

Salvation is a personal matter and must be worked out according to the Scripture. Phil. 2:12. "There is a way which seemeth right unto a man, but the end thereof are the ways of death." Pro. 14:12. "Stand ye in the ways, and see, and ask for the old paths, where is the good way, and walk therein and ye shall find rest for your souls." Jer. 6:16. "Strait is the gate and narrow is the way, which leadeth unto life, and few there be that find it." Mat. 7:14.

If you will dare to be original, follow the New Testament plan of salvation as the apostles preached. Why settle for man made substitutes when you can experience the original?

You Are Invited To Experience The Truth At

**TRUTH TABERNACLE UPC**

79 ASH
LV. KS. 66069  551-0353

**Sun. 10:00 A.M. 6:30 P.M. Wed. 7:30 P.M.**

**Pastor W. Chalfant**

Order From: Know The Truth Literature
P.O. Box 6565, Huntsville, AL 35824-0565

-5-




By Eddie Jones

today, and is now the fastest growing stream of Christianity.

*Newsweek*, June 25, 1973, p. 80 — The Pentecostal phenomenon has spread with surprising speed through all of the world's major Christian churches.

*The Los Angeles Times*, Sun., Jan. 11, 1976, Vol. XCV, p. 1 — Pentecostalism .. church historian, Martin Marty, calls it a "people's religion" — is now the fastest growing stream of Christianity. In many Third World developing countries, it is already the dominant stream.

The Pentecostal experience is for you if you will believe according to God's Word (John 7:38, 39; Acts 2:38). Peter assured, "For the promise is unto you, and to your children, and to ALL that are afar off, even as many as the Lord our God shall call" (Acts 2:39).

### THE IMPORTANCE OF PENTECOST

The Pentecostal experience is more than just an added blessing; it is essential to salvation! Jesus emphasized, ". . . Except a man be born of water and of the Spirit, he cannot enter into the kingdom of God" (John 3:5). Paul declared, "Not by works of righteousness which we have done, but according to His mercy He saved us, (how?) by the washing of regeneration, and renewing of the Holy Ghost" (Titus 3:5). "But ye are not in the flesh, but in the Spirit, if so be that the Spirit of God dwell in you. Now if any man have not the Spirit of Christ, he is none of His" (Romans 8:9).

### PENTECOST OFFERS A BETTER WAY OF LIFE

Jesus assured, ". . . I am come that they might have LIFE, and that they might have it MORE ABUNDANTLY" (John 10:10). "Ye shall receive POWER, after that the

Holy Ghost is come upon you. . ." (Acts 1:8). Paul said, ". . . The LOVE OF GOD is shed abroad in our hearts by the Holy Ghost which is given unto us" (Romans 5:5). "The kingdom of God is not meat and drink; but RIGHTEOUSNESS, and PEACE, and JOY in the Holy Ghost" (Romans 14:17). "Now the Lord is that Spirit: and where the Spirit of the Lord is, there is LIBERTY" (2 Corinthians 3:17). "Therefore if any man be in Christ, he is a NEW CREATURE: old things are passed away; behold, ALL THINGS ARE BECOME NEW" (2 Corinthians 5:17). ". . . Even so we also shall walk in NEWNESS OF LIFE" (Romans 6:4).

### DON'T STOP NOW!

If you aren't satisfied with your present religious experience, why not make a change for the better. Open your heart to God and receive ALL that He has for you in His Word. There is no need to stop now, when you can EXPERIENCE PENTECOST!

*You Are Invited To Experience Pentecost At The*

*Order From: Know The Truth Literature*
*P.O. Box 1294, Minden, LA 71058-1294*

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: *Marcus Kelley Jr*                Facility: *Lansing Corr. Facility*

Inmate Number: *# 0087331*                Grievance Serial No. *AR 2015 0242*

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Secretary of Corrections            Date Mailed: *Feb. 9th 2015*
           Landon State Office Building
           900 Jackson, 4th Floor
           Topeka, Kansas 66612

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) *I would have this Secretary to allow L.C.F. to seperate the Oneness Apostolics from the Protestant Umbrell, so that we may have our First Amdt. Right of the Kansas and U.S. Const. met. (See, attachments.) Assign Kelley and Ruff, representives over the oneness call-out and restore our Truth Tabernacle Church the right to teach us our biblical teachings.*

*Marcus Kelley Jr*
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned within 20 days)
If applicable - Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____        Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

RECEIVED
FEB 19 2015
DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**
Type of Response (Item 6b:  Code   Ø1,  Ø2,  Ø8  or  Ø9) ____

DC Ø9Ø, Effective May 1, 1988

P-157B

# Exhibit H

1. Response - App.    1

# Grievance-Response on Appeal

**FACILITY:**         **Lansing Correctional Facility**

**INMATE:**          **0087331 KELLEY, MARCUS**

**GRIEVANCE NO.:**  **AA20150242**

**DATE:**             **February 12, 2015**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate.

## ACTION TAKEN

None further.

_____
**Douglas W. Burris**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:    Warden Pryor
       Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.