# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**MARCUS W. KELLEY, JR.,**

    **Plaintiff,**

    v.

**RENDA CRAFT,** Religious Secretary, Lansing Correctional Facility, in her individual capacity, et al.,

    **Defendants.**

Case No. 15-3080

## ORDER TO SHOW CAUSE

On March 28, 2017, defendants Rex H. Pryor and Raymond Roberts filed a motion to dismiss (Doc. 51). Any response to defendants' motion was due on or before April 18, 2017. Plaintiff has not filed a response. Local Rule 7.4(b) states that "[a]bsent a showing of excusable neglect, a party or attorney who fails to file a responsive brief or memorandum within the [allotted time] waives the right to later file such brief or memorandum . . . the court will consider and decide the motion as uncontested . . . [and] grant the motion without further notice."

Therefore, by May 16, 2017, plaintiff shall show cause, in writing, to the undersigned why defendants' motion should not be granted and this case should not be dismissed as to moving defendants. Any response plaintiff would like the court to consider regarding defendants' motion, should plaintiff sufficiently respond to the order to show cause, is also due on or before May 16, 2017.

Dated May 9, 2017, at Kansas City, Kansas.

                                                          s/ Carlos Murguia
                                                          **CARLOS MURGUIA**
                                                          **United States District Judge**